```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 04-10385-MEL |
| ) | |
| JEROME WEEKS  ) | Violation: |
| ) | 18 U.S.C. § 922(g)(1) – |
| ) | Possession of a Firearm and |
| ) | Ammunition by a Convicted |
| ) | Felon |

## INDICTMENT

**COUNT ONE:**   18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about October 23, 2004, in Brockton, in the District of Massachusetts,

**JEROME WEEKS,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Taurus, Model PT111, 9mm semi-automatic pistol, bearing serial number TSA06306, and five rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that the Defendant possessed the firearm described in Count One in connection with another felony offense, thus rendering applicable the provisions of U.S.S.G. § 2K2.1(b)(5).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, December 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12/20/04

3:10

**JS 45** (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** ATF

**City** Boston      **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Jerome Weeks      Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 1215 Blue Hill Ave., Apt. 2, Mattapan, MA

**Birth date:** 1980    **SS#:** \*\*\*-\*\*-6538    **Sex:** M    **Race:** B    **Nationality:** U.S.A.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** William H. Connolly     **Bar Number if applicable** 634501

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____ ☐ Serving Sentence ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/22/04     **Signature of AUSA:** _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant     Jerome Weeks

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**District Court Case Number**  (To be filled in by deputy _____

**Name of Defendant**   Jerome Weeks
JS 45.wpd - 3/13/02