# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:  The Superintendent of Plymouth County House of Corrections

Plymouth County Correctional Facility (Jail and House of Correction)
26 Long Pond Road
Plymouth, MA 02360

YOU ARE COMMANDED to have the body of __JEROME WEEKS__  (DOB: 1980)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __14__, on the __5th__ floor, Boston, Massachusetts on __January 6, 2005__, at __10:30 AM__ for the purpose of __Initial Appearance / Arraignment__ in the case of UNITED STATES OF AMERICA V. __JEROME WEEKS__ Docket Number __04-CR-10385-MEL__.

And you are to retain the body of said __JEROME WEEKS__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __JEROME WEEKS__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __30th__ day of __December, 2004__.

                                                TONY ANASTAS
                                                CLERK OF COURT

SEAL

                                                By: __/s/ Noreen A. Russo__
                                                    Noreen A. Russo, Deputy Clerk
                                                    To the Honorable Robert B. Collings

(Habeas.Weeks. wpd.wpd - 2/2000)