# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 04-10385-MEL

JEROME WEEKS.

## ORDER

COLLINGS, U.S.M.J.

    The above-named defendant was brought before the Court on January 7, 2005.

    *The U.S. Marshal is ORDERED to lodge a detainer against the defendant with the state officials at the place at which he is held in custody, the detainer being based on the charge contained in the Indictment filed in the above-styled cause. If the defendant is released by the state court, the defendant shall be held on the detainer so that the U.S. Marshal may take him into custody forthwith and bring him to federal courthouse for further proceedings.*

                              */s/ Robert B. Collings*
                              ROBERT B. COLLINGS

January 7, 2005.            United States Magistrate Judge