UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -7  P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES

v.

JEROME WEEKS

CR. NO. 04-CR-10385-MEL

## MOTION TO WITHDRAW

Undersigned counsel for the defendant, assigned pursuant to the Criminal Justice Act, moves this honorable Court to allow him to withdraw from further representation of the defendant.

In support thereof, counsel states that the defendant has retained as private counsel Thomas Kerner, Esq., 230 Commercial Street, Boston, MA 02109, to represent him in this matter henceforth.

Respectfully submitted,

*Roger A. Cox*

Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

DATED: February 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion has been served upon William Connolly, Esq., AUSA, One Courthouse Way, Boston, MA 02210, this 4th Day of February, 2005.

*Roger A. Cox*