AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

US
v
Jerome Weekes

**APPEARANCE**

Case Number: 04-10385-MEC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

2/8/05
Date

2-8-05
N. Russo
Deputy Clerk

Thomas Kerr
Signature

J. Thomas Kerner  552373
Print Name — Bar Number

230 Commercial St
Address

Boston   MA   02109
City    State    Zip Code

617 720 5509    720 0707
Phone Number    Fax Number