UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10385-MEL

UNITED STATES OF AMERICA

V.

JEROME WEEKES

## MOTION FOR RECONSIDERATION OF DETENTION

The defendant has moved for reconsideration of the Court's order of detention.  The government claimed that the defendant was convicted of assault and battery in the Concord District Court on December 16, 1998.  That claim was adopted by the Court because it was not contested by the defendant's prior attorney. The defendant was not convicted of assault and battery.  He was convicted of assault.

The defendant contends that there are conditions which will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

Respectfully Submitted,
JEROME WEEKES,

By his attorney:


_____
J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
230 Commercial Street
Boston, MA  02109
(617) 720-5509