# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2004-10385-MEL

JEROME WEEKS,
    Defendant.

## *PROCEDURAL ORDER RE MOTION FOR RECONSIDERATION OF DETENTION (#17)*

COLLINGS, U.S.M.J.

Since the Government has not filed an opposition to the motion for reconsideration of detention,[1] the Court will reconsider the issue.[2] In that connection, counsel for the defendant is directed to file and serve (1) a current appraisal of the defendant's property at 62-64 Otis Street, Brockton and (2) a certificate of good title. Upon receipt of these documents, the Court will

---

[1] *See* L.R. 7.1(B)(2).

[2] An investigation by Pre-Trial Services reveals that the defendant was not just convicted of assault on December 16, 1998; he plead guilty to assault with a dangerous weapon. Defendant's counsel is correct that the defendant was not convicted of battery. In undertaking reconsideration, the Court does not take a position as to whether assault with a dangerous weapon is a"crime of violence" as defined in 18 U.S.C. § 3156(a)(4).

schedule a hearing.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge


Date:  March 11, 2005.