# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                          CRIMINAL NO. 2004-10385-MEL

JEROME WEEKS,
        Defendant.

# *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/22/2004 - Indictment returned.

1/7/2005 - Initial Appearance

1/7 - 24/2005 - Government's Motion for Detention - filing to decision.

2/6/2005 - Arraignment

2/7 - 3/6/2005 - Excluded as per L.R. 112.2(A)(2)

2/16 - 3/11/2005 - Motion #17 - filing to decision.

3/24/2005 - Conference held.

3/24 - 4/22/2005 -       Excluded as per 18 U.S.C. § 3161(h)(1)(F)

Thus, as of April 22, 2005, TWENTY-FOUR (24) non-excludable days will have occurred leaving FORTY-SIX (46) days left to commence trial so as to be within the seventy-day period for trial set by statute.


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 25, 2005.