

120803
Received & Recorded
PLYMOUTH COUNTY
REGISTRY OF DEEDS
30 AUG 2004  11:38AM
JOHN R.BUCKLEY, JR.
REGISTER
BK 28960 Pg 219

## MASSACHUSETTS QUITCLAIM DEED

I, Kiowe O. Smith, individually, of 62-64 Otis Street, Brockton, Massachusetts for consideration of $315,000.00, Three Hundred Fifteen Thousand Dollars, grant to Jerome Weeks, individually, of 1215 Blue Hill Ave, Apt. 2, Mattapan, Massachusetts,

With **quitclaim covenants,**

The following property in Plymouth County, Massachusetts:

The land in Brockton, Plymouth County, Massachusetts with the buildings thereon situated on the easterly side of Otis Street and bounded and described as follows:

Beginning on said street at the northwesterly corner of said lot as land n/f of John Trigg and then running easterly by the fence one hundred forty three (143) feet to the brook; thence running southeasterly by the brook to land n/f of Thomas and Mary Lynch, thence running westerly by said Lynchs' land and by land of one McIntree to the street; thence northerly by the street to the point of beginning.

For title reference, see Deed dated ~~April 11, 2001~~ Aug 27 2004 and recorded at the Plymouth County Registry of Deeds at Book _28760_, Page _218_.

Witness my hand and seal this _27th_ day of August, 2004.

Kiowe O. Smith

### COMMONWEALTH OF MASSACHUSETTS
PLYMOUTH, SS                    27th day of August    , 2004

Then personally appeared the above named Kiowe O. Smith, before me, the undersigned notary public and proved to me through satisfactory evidence of identification, which was a photo driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Gregory D. Oberhauser
Notary Public
My Comm. Exp.: 5/29/09

PROPERTY ADDRESS: 62-64 Otis Street, Brockton, Massachusetts 02302

The foregoing is a true copy from the Plymouth County Registry of Deeds.
Book 28960    Page 219
Attest: John R Buckley Jr.
Register