# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                            CRIMINAL NO. 2004-10385-MEL

JEROME WEEKS,
        Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/29/2005 - Conference held.

Thus, as of April 28, 2005, TWENTY-FOUR (24) non-excludable days have occurred leaving FORTY-SIX (46) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS
May 4, 2005. United States Magistrate Judge