# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                                 CRIMINAL NO. 2004-10385-MEL

JEROME WEEKS,
          Defendants.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on April 29, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    None.

(2)    No.

(3)    No.

(4)    The government has not requested notice of alibi.

(5)    A motion to suppress has been filed.  The Government has been granted until May 127th to file its response/opposition.

(6)    *An Initial Pretrial Conference should be set   AS SOON AS POSSIBLE AFTER MAY 17, 2005 to hear the motion to suppress and to set a firm trial date.*

(7)    At this point, the case will have to be tried; trial will last about five (5) days.

(8)    *See* Further Order of Excludable Delay entered this date.

(9)    Five (5) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)    Yes.

(2)    Yes; no reason for the case to remain with the magistrate judge.

(3)    *See* ¶ (5), *supra.*

(4)    *See* ¶ (8), *supra.*

(5)    Five (5) days.

(6)    None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *AS SOON AS POSSIBLE AFTER MAY 17, 2005.*

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS

TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE
COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LASKER'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer
referred to Magistrate Judge Collings."

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

May 4, 2005.