# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to: The Superintendent of Plymouth County House of Corrections

Plymouth County Correctional Facility (Jail and House of Correction)
26 Long Pond Road
Plymouth, MA 02360

YOU ARE COMMANDED to have the body of   JEROME WEEKS    (DOB: 1980)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23 , on the    7th    floor, Boston, Massachusetts on   May 5, 2005  , at   4:00 PM   for the purpose of   RELEASE HRG   in the case of UNITED STATES OF AMERICA V.   JEROME WEEKS   Docket Number   04-CR-10385-MEL  .

And you are to retain the body of said   JEROME WEEKS   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   JEROME WEEKS   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   3rd   day of   May, 2005  .

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Weeks.8 wpd.wpd - 2/2000)