UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 04-10385-MEL |
| JEROME WEEKS | ) ) | |

<u>JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE</u>

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery, with the exception of expert witness materials should the case proceed to trial.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant has filed a motion to suppress evidence, which will require a ruling by the District Court before trial.

6. No other schedules should be set.

7. Although the parties hope to resolve this case prior to trial, it is uncertain at this time.

8. The parties hereby agree to the periods already excluded by order of this Court.

9. If required, the parties anticipate that trial should take



-1-

three to four trial days.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | JEROME WEEKS<br>By His Attorney, |
| /s/ William H. Connolly - per<br>WILLIAM H. CONNOLLY<br>Assistant U.S. Attorney<br>(617) 748-3174 | /s/ J. Thomas Kerner<br>J. THOMAS KERNER |

DATE:    April 29, 2005