AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jerome Weeks
1215 Blue Hill Ave., Apt. 2, Mattapan, MA

**WARRANT FOR ARREST**

CASE NUMBER: 04-10385-MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jerome Weeks _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm

in violation of Title  18  United States Code, Section(s)  922(g)(1)

Sheila Diskes
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Title of Issuing Officer: Operation Supervisor

12-22-04 - Boston, Mass.
Date and Location

*RECEIVED 2004 DEC 22 PM — U.S. MARSHAL SERVICE BOSTON, MA*

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/7/05 | Jake in |

This form was electronically produced by Elite Federal Forms, Inc.