# J. Thomas Kerner
ATTORNEY AT LAW

May 23, 2005

Ms. Noreen Russo
Courtroom Clerk for the Honorable Robert B. Collings
U.S. Magistrate Judge
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      Re:    Jerome Weekes CR # 04-10385-MEL

Dear Noreen:

      Attached to this letter is a receipt, dated May 19, 2005, from the Plymouth County Registry of Deeds. On that date, I recorded the Mortgage and Subordination of Homestead as per Condition of Release Number 6, in Magistrate Judge Collings's Order on Motion for Reconsideration of Detention and Order Setting Conditions of Release.

      I was advised by the Registry, that I will received copies of the recorded documents in four to six weeks. As you can see on the receipt, the mortgage was recorded at Book 30555 - Page 317. The Subordination of Homestead was recorded at Book 30555 - Page 321.

      Thank you.

                                    Very truly yours,

                                    J. Thomas Kerner

cc:    William Connolly, AUSA

JTK:ms

```
        John R. Buckley, Jr.
              Register
           Plymouth County
          Registry of Deeds


     TRANSACTION NO. 202      RE  58

Recorded.......   05-19-05  04:00PM

Instrument.....   58515
Book-Page......   30555-317
Fee............   175.00
Grantor(s).....
WEEKES JEROME
Grantee(s).....
CLERK OF THE UNITED STATES DISTRIC
    COURT
Town...........   BRKTN
Type...........   MTG

Instrument.....   58516
Book-Page......   30555-321
Fee............   75.00
Grantor(s).....
WEEKES JEROME
Grantee(s).....
Town...........   BRKTN
Type...........   SUBD


INSTRUMENT FEES   250.00
POSTAGE             2.00
RECORDING FEES             252.00
EXCISE STAMPS                0.00
TOTAL DUE                  252.00

CHECK             252.00
TOTAL TENDERED             252.00
TOTAL PAID                 252.00


We recommend a post-recording rundown
```