230 Commercial Street, First Floor / Boston, Massachusetts 02109   *te*l 617 720 5509   *fax* 617 720 0707

# J. Thomas Kerner
### Attorney at Law

May 23, 2005

Mr. George Howarth
Courtroom Clerk for the Honorable Morris E. Lasker
Senior Judge
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Jerome Weekes CR # 04-10385-MEL

Dear Mr. Howarth:

    The above referenced matter has been referred to Judge Lasker from Magistrate Collings. Please note that I am scheduled to be out of the country from May 25, 2005 through June 6, 2005. Accordingly, any notice regarding the Weekes case will not be received by me nor Mr. Weekes until after June 6, 2005.

    Thank you.

                                  Very truly yours,


                                  J. Thomas Kerner

cc:    William Connolly, AUSA

JTK:ms