UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10385-MEL

UNITED STATES OF AMERICA

v.

JEROME WEEKES

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant and moves this Honorable Court to amend the conditions of release set by the Court.

Currently, and since May 6, 2005, the defendant has been released from custody. He has been subject to electronic monitoring and home detention. The defendant is awaiting the scheduling of a motion to suppress.

It is the defendant's request, which is assented to by Pretrial Services, U.S. Pretrial Services Officer Christopher Wylie, that Mr. Weekes's conditions be amended to allow him to work. Pretrial Services has suggested that if this motion is allowed, the order should simply state that Mr. Weekes may work outside of his home and under conditions approved by Pretrial Services. The prosecutor, Christopher Bator, will confer with Mr. Wylie and decide whether to take a position on this motion.

**Respectfully Submitted,
JEROME WEEKES,**

**By his attorney:**

_____
**J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
230 Commercial Street
Boston, MA  02109
(617) 720-5509**