UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10385-MEL

UNITED STATES OF AMERICA

V.

JEROME WEEKES

ASSENTED TO MOTION FOR
TEMPORARY AMENDMENT TO CONDITIONS OF RELEASE

Now comes the defendant and moves this Honorable Court to allow a temporary amendment to the conditions of release set by the Court.

Currently, the defendant is released from custody. He resides with his grandmother, who is a third party custodian. He is subject to electronic monitoring and home detention. Mr. Weekes may work outside of his home and under conditions approved by Pretrial Services. He has been in compliance with the Court's conditions of release since they were imposed on May 6, 2005 and amended in September 2005.

It is the defendant's request that he be allowed to spend Christmas with his girlfriend Debby Edmonds and step-child at the Brockton home he owns and in which his Ms. Edmonds and her daughter reside.

The defendant is seeking permission to leave his grandmother's house at 6:00 a.m. and return at 9:00 p.m. on December 25, 2005.

    Prior to filing this motion the defendant contacted the prosecutor regarding this request.  The prosecutor, Mr. Bator, stated that he would defer to the judgment of Mr. Weekes's pretrial services supervisor who is Mr. Christopher Wylie.  Mr. Wylie was contacted and has stated that he assents to this request.

                                        **Respectfully Submitted,**
                                        **JEROME WEEKES,**

                                        **By his attorney:**

                                        _____
                                        **J. THOMAS KERNER**
                                        **MA BBO # 552373**
                                        **Attorney at Law**
                                        **230 Commercial Street**
                                        **Boston, MA  02109**
                                        **(617) 720-5509**