230 Commercial Street, First Floor | Boston, Massachusetts 02109 / *tel* 617 720 5509 *fax* 617 720 0707

# J. Thomas Kerner
ATTORNEY AT LAW

March 17, 2006

Mr. George Howarth
Courtroom Clerk for the Honorable Morris E. Lasker
Senior Judge
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Jerome Weekes CR # 04-10385-MEL

Dear Mr. Howarth:

    A motion to suppress was litigated and denied by Judge Lasker. I spoke to the prosecutor, Mr. Bator. We agree that it is appropriate to schedule a final pretrial conference at which time the parties will be seeking a trial date.

    We are requesting, depending upon the availability of the Court, a final pretrial conference during the first week of April 2006.

    Finally, the docket does not identify the court reporter who transcribed the testimony during the November 29, 2005 motion to suppress hearing. Please let me know if your records identify the court reporter. I need to order a transcript of the hearing.

    Thank you.

Very truly yours,

*/s/ J. Thomas Kerner*
J. Thomas Kerner

cc:    Christopher Bator, AUSA

JTK:ms