```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        V.                  )   Criminal No. 04-10385-MEL
                            )
JEROME WEEKS                )
```

**OPPOSITION TO MOTION FOR VIEW**

The United States opposes the motion of defendant Jerome Weeks ("Weeks") for the jury to conduct a view of the scene of the shooting and the arrest on the grounds that it is unnecessary and will be enormously time consuming and logistically complicated and wasteful. Photographs and diagrams are more than adequate to depict the relevant locations. Transporting the Jury, Judge, defendant, lawyers, stenographer and clerk(s) to, and around, Brockton is a logistical and security nightmare that would require significant manpower from the U.S. Marshals Service. Moreover, such a view would take an entire trial day.

Given the adequacy of photographs and diagrams, the time, logistical difficulties and expense required are unnecessary in a case of this kind.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


                    By: /s/CHRISTOPHER F. BATOR
                        Assistant U.S. Attorney

                        Date: April 27, 2006
```

CERTIFICATE OF SERVICE

    I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon J. Thomas Kerner, Esq., 230 Commercial Street, First Floor, Boston, MA 02109 by e-file notice.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: April 27, 2006