UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10385-MEL

UNITED STATES OF AMERICA

v.

JEROME WEEKES

MOTION TO AMEND
CONDITIONS OF RELEASE

Now comes the defendant and moves this Honorable Court to amend the defendant's conditions of release.

Currently, the defendant is released from custody. He resides with his grandmother, who is a third party custodian. He is subject to electronic monitoring and home detention. Mr. Weekes may work outside of his home and under conditions approved by Pretrial Services. He has been in compliance with the Court's conditions of release since they were imposed on May 6, 2005 and amended in September 2005.

It is the defendant's request, which also is endorsed by Pretrial Services (in particular, Pretrial Services Officer Christopher Wylie), that the Court vacate the home detention and electronic monitoring conditions and replace those conditions with new conditions:  once per week in person reporting to Pretrial Services plus once per week telephone reporting.

Prior to filing this motion the defendant attempted to contact the prosecutor regarding this request.  Defense Counsel

has been unable to talk directly with the prosecutor, Mr. Bator, but has left a message concerning this request and Pretrial Services's endorsement of the request.

                                           **Respectfully Submitted,**
                                           **JEROME WEEKES,**

                                           **By his attorney:**

                                           _____
                                           **J. THOMAS KERNER**
                                           **MA BBO # 552373**
                                           **Attorney at Law**
                                           **343 Commercial St., Unit 104**
                                           **Boston, MA  02109**
                                           **(617) 720-5509**