UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>  V.           )<br>        )<br>JEROME WEEKS    ) | CRIMINAL NO. 04-10385-MEL |

**GOVERNMENT'S WITNESS LIST**

Michael Darrah, Brockton Police Department

William Healy, Brockton Police Department

Francisco Baez, Brockton Police Department

Edward Abdelnour, Brockton Police Department

John Leary, Brockton Police Department

Ching Szeto, Massachusetts State Police

Michael Arnold, Massachusetts State Police

Stephanie Schafer, Special Agent, ATF

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: /s/CHRISTOPHER F. BATOR
             Assistant U.S. Attorney

             Date: September 11, 2006

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Thomas J. Kerner, Esq., 343 Commercial Street, Unit 104, Boston, MA 02109 by hand delivery.

             /s/CHRISTOPHER F. BATOR
             Assistant U.S. Attorney

             Date: September 11, 2006