```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10385-MEL |
| | ) | |
| JEROME WEEKS | ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The government requests that the following question be included among those questions that this Court poses to the jury panel.

1. In this case the government alleges that the defendant possessed a firearm and ammunition after having been convicted of a crime punishable by a term of imprisonment in excess of a year, what we commonly call a felony.  Under the laws of the United States it is illegal for a person convicted of a felony to possess a firearm or ammunition that has crossed stated lines.  Do any of you oppose laws or otherwise hold strong views regarding the regulation or restriction of the possession of firearms or restriction of the possession of firearms or ammunition, such that you may be unable to apply the law as I instruct you, or to be completely fair and impartial juror in this case?

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/CHRISTOPHER F. BATOR
                              Assistant U.S. Attorney
```

September 16, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic notice.

```
                              /s/CHRISTOPHER F. BATOR
                              Assistant U.S. Attorney
```