UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
            Plaintiff,

v.                                    CRIMINAL NO. 04-CR-10385-MEL

JEROME WEEKES,
            Defendant.


JURY QUESTIONNAIRE


        Do you find that the government has proven beyond

a reasonable doubt that Jerome Weekes knowingly possessed, in or
                         *or ammunition·
affecting commerce, a firearm in violation of Title 18 United
                                ∧
States Code §922 (g)(1) on October 23, 2004?

        [Your answer either way must be unanimous.]


        Yes ___✓___                No _____


                              _Diane Canosquillo_
                              Foreperson


                     DATE: _9·21·06_