UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )    CRIMINAL NO. 04-10385-MEL
          V.                 )
                             )
JEROME WEEKS                 )


**MOTION TO EXTEND TIME**

The United States moves to extend the time by which it must respond to defendant Jerome Weeks' ("Weeks") "Motion to Reconsider Denial of Rule 29(c) Motion" up to and including November 3, 2006.  In support of its motion the United States says the following:

1.  The undersigned Assistant U.S. Attorney was unaware of defendant's motion for reconsideration until yesterday.

2.  In the circumstances present here - where defendant's motion has previously been denied by the Court and defendant moves for reconsideration - it is the usual practice of the undersigned Assistant U.S. Attorney not to respond to the reconsideration motion absent a request from the Court.

3.    The time requested is necessary for the government to adequately respond to defendant's motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Dated: October 26, 2006


CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon all counsel of record by electronic filing.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Dated: October 26, 2006

2