Honorable Judge Morris Lasker                December 3, 2006
Senior Judge U.S. Court
1 Court House Way
Boston, MA 02210

CC: Jessie Gomes
    Thomas Kerner
    Christopher Bator, D.A.

Your honorable Judge,

My name is Kenneth R. Weekes and Jerome Weekes is my son who I love dearly. I am writing this letter to you to ask and yes to beg you to give Jerome another chance. Jerome has turned his life around and is doing just fine today within the laws of the commonwealth of Massachusetts. He has made some mistakes in his earlier days and has paid for them. Jerome *does not and has never owned a hand gun in his life*. I don't believe he should be penalized under these circumstances for what really amounts to circumstantial evidence.

Jerome owns his own business and he is working hard to make it grow and is learning the in and outs of being a young and successful black entrepreneur. I believe the jury that found him guilty was not a jury of his peers and the fact that there was no black jurist among them was unfair. Please don't get me wrong, and I'm not questioning the fairness of your court-but would ask you to consider that fact.

It is very hard to be a black man in living America today and I believe most of his previous convictions were biased and unfair but as I've previously mentioned, he has paid for them. I have always brought my son up with a respect for the laws and as you see today, most of the young black men you see in your courts today were trying to find an easy way of achieving the hopes of obtaining the American dream-albeit by taking shortcuts. I myself am college educated and in April of this year, obtained my Masters degree in Business Administration but still have a ways to go towards achieving success in life.

I presently live in Florida and I have severe regrets about leaving Massachusetts and particularly my son Jerome. I believe had I been around I could have counseled him more closely and watched over his development and kept him out

of trouble. Jerome is the product of a broken home and unfortunately an abusive mother. I had no choice but to leave Massachusetts or his mother, who I believe suffers from mental problems would have ruin my life also and the other 4 children who live with me.

I am a single dad who is raising our four other children, Clarence, Talithaann, Sashaaan and Alishaann by myself. Clarence, your honor is a junior at The University of Central Florida, Talitha is a freshman at Florida Community College here in Jacksonville and Sasha is a junior in high school with plans to attend Columbia University and Alisha is a eighth grader at the local middle school- and they are all doing just fine never having had any trouble with the law or anything else. So as you can see, I believe I'm doing a good job. Your honor, give me a chance to intercede in Jerome's life- I know I can help him to become a constructive and contributing citizen.

Jerome has a lot of good qualities, he is kind and considerate and very helpful to his friends, family and his younger siblings.. His brother and sisters know they can always count on him to help them out in any kind of problem - he is very protective of them. They always ask him to help them financially when all else fails and they love him and respect him. They and I would be very hurt and sorry if he were to serve any more time in jail- they need him your honor.

His grand parents as you saw in your courtroom love him too and he is very close to my mother his grandmother - she would be really hurt if he were committed.  He is her only grandson living in Massachusetts and they have grown really close, particularly in my absence. Please your honor, give Jerome another chance.

I particularly would be devastated if he were to serve any more time in jail. I can't tell you the hours, days, months and years I've cried for him and felt so sorry that I was not around to ensure he grew up right. Your honor, if Jerome was to be committed, you would be committing me; and my entire family- it would be like we were serving time too. You would be taking away the joy in our lives for the entire time of his sentence- I couldn't take it - you see your honor life has been very hard and difficult for me and this would make it unbearable.

I grew up believing that America was and is the greatest country in the world but over the years I've had my share of discrimination and unfair treatment and my faith in justice and fairness is not as strong as it once was. Your fairness towards Jerome would go a long way to restore some of that faith. Jerome's greatest crime is that he hung around with the wrong company, particularly in my absence and he loves to play around too much, but with this pending judgment and other things he has changed his life around. He is a father and has another daughter on the way- they need him, we all do. I will be lost without him-and so will his grandmother.

You'd be locking me up and his brother and sisters, I can only appeal to your kindness and fairness and ask that you look at Jerome as a human being, a son to me, a grandson to my mother and a father to his children-look beyond his record and see the joy he brings to us. Thank you in advance for your understanding.

Sincerely

*Kenneth Weekes*

Kenneth Weekes
His loving father