(Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JEROME WEEKS | Case Number: 04-CR-10385-001-MEL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JERONE WEEKS** _____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
Non-appearance at sentencing hearing

in violation of Title _____ United States Code, Section(s) _____

MORRIS E. LASKER
Name of Issuing Officer

SENIOR DISTRICT JUDGE
Title of Issuing Officer

Signature of Issuing Officer

1/5/07  Boston, MA
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |