```
             UNITED STATES OF AMERICA
                   DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

            CRIMINAL NO. 2004-10385-MEL

              UNITED STATES OF AMERICA

                          v.

                    JEROME WEEKES
```

## MOTION TO CANCEL SENTENCING HEARING

Now comes counsel for defendant Jerome Weekes and moves this Honorable Court to enter an order cancelling the sentencing hearing scheduled for February 8, 2007 at 11:00 a.m.

The defendant is in default. A warrant for his arrest has been issued. Defense counsel does not reasonably expect the defendant to appear for the February 8 hearing. Defense counsel requests that the court cancel the hearing and reschedule it when and if the defendant removes his default.

Prior to filing this motion defense counsel called the prosecutor but was not able to speak with the prosecutor.

**Respectfully Submitted,
JEROME WEEKES,**

**By his attorney:**

_____
**J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
343 Commercial St., Unit 104
Boston, MA  02109
(617) 720-5509**