# HARMON LAW OFFICES, P.C.

150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458
MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389
TEL (617) 558-0500
FAX (617) 244-7304



SERVING MASSACHUSETTS, NEW *HAMPSHIRE AND RHODE ISLAND*

March 29, 2007

The Clerk of the United States District Court for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02110

## NOTICE OF MORTGAGE FORECLOSURE SALE

Re:   U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2004-8 /
      Weeks, Jerome

Pursuant to Massachusetts General Laws, Chapter 244, Section 14, as amended, enclosed is a copy of the Notice of Mortgagee's Sale of Real Estate.

This notice is provided to you because an examination of the record title shows that you held an interest of record in the property thirty (30) days prior to the sale.

U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2004-8
Present holder of mortgage
By its Attorney,

*Harmon Law Offices, P.C.*

EJB/CGS/200702-0572
Enclosure
CERTIFIED MAIL NO.
RETURN RECEIPT REQUESTED

Certified Article Number
7160 3901 9845 0291 0368
SENDERS RECORD

## NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Jerome Weeks to Mortgage Electronic Registration Systems, Inc., dated August 27, 2004 and recorded with the Plymouth County Registry of Deeds at Book 28960, Page 220, of which mortgage U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2004-8 is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 10:00 a.m. on April 27, 2007, on the mortgaged premises located at 62-64 Otis Street, Brockton, Plymouth County, Massachusetts, all and singular the premises described in said mortgage,

TO WIT:

> The land in Brockton, Plymouth County, Massachusetts with the buildings thereon situated on the easterly side of Otis Street and bounded and described as follows:
>
> Beginning on said street at the northwesterly corner of said lot as land n/f of John Trigg and then running easterly by the fence one hundred forty three (143) feet to the brook; thence running southeasterly by the brook to land n/f of Thomas and Mary Lynch, thence running westerly by said Lynchs' land and by land of one McIntree to the street; thence northerly by the street to the point of beginning.

For mortgagor's(s') title see deed recorded with Plymouth County Registry of Deeds in Book 28960, Page 219.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed.

TERMS OF SALE:

A deposit of Five Thousand ($5,000.00) Dollars by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Harmon Law Offices, P.C., 150 California Street, Newton, Massachusetts 02458, or by mail to P.O. Box 610389, Newton Highlands, Massachusetts 02461-0389, within thirty (30) days from the date of sale. Deed will be provided to purchaser for recording upon receipt in full of the purchase price. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

Other terms, if any, to be announced at the sale.

        U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON HEAT 2004-8
Present holder of said mortgage

By its Attorneys,
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500
200702-0572 - YEL