# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2004-10385-MEL

JEROME WEEKS,
    Defendant.

## *DECLARATION OF FORFEITURE OF BAIL*

COLLINGS, U.S.M.J.

The defendant having failed to report for disposition on January 31, 2007, the Court, pursuant to Rule 46(f)(1), Fed. R. Crim. P., hereby declares a forfeiture of the $15,000 bail which was pledged from the equity in the defendant's real property.

The United States Attorney may file a motion pursuant to Rule 46(f)(3), Fed. R. Crim. P., seeking enforcement of the forfeiture.

                               /s/ Robert B. Collings
                               ROBERT B. COLLINGS
                               United States Magistrate Judge

May 24, 2007.