UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10385-MEL |
| | ) | |
| **JEROME WEEKS** | ) | |

### Assented -To Motion To Continue Sentencing

The United States, with the assent of the defendant, moves to continue the sentencing now scheduled for Thursday, June 14, 2007, at 2:30pm, until Wednesday, June 20, 2007, at 2:30pm. In support of its motion, the United States says the following.

1. The undersigned Assistant U.S. Attorney is scheduled to attend a previously scheduled change of plea hearing in Federal District Court in Worcester on June 14, 2007, at 3:30pm. (The case is U.S. v. Derrick Watters, Cr. No. 06-40019-FDS).

2. The defendant assents to the motion.

                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    United States Attorney

              By:   /s/Christopher F. Bator
                    Christopher F. Bator
                    Assistant U.S. Attorney

Date:  June 11, 2007

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to Thomas Kerner, Esq.

/s/Christopher F. Bator
Christopher F. Bator
Assistant United States Attorney

Date: June 11, 2007