```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Criminal No. 04-10385-MEL |
| V. | ) |
| | ) |
| JEROME WEEKS | ) |
|     Defendant | ) |

<u>NOTICE TO COURT</u>

At the hearing on May 24, 2007, Magistrate Judge Collings directed that the government notify the Court on or by June 25, 2007, whether it intended to file further charges against Mr. Weeks related to "bail-jumping". The government has not yet determined whether it will file such charges. As indicated at the hearing, the government intended to make that determination <u>after</u> the defendant's sentencing, then scheduled for June 14, 2007. Upon defendant's motion, his sentencing has since been continued until July 11, 2007. Consequently, the government requests that it be permitted to report it's intentions to the court shortly thereafter, on or about July 23, 2007.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  <u>/s/ Christopher F. Bator</u>
                                CHRISTOPHER F. BATOR
                                Assistant U.S. Attorney

June 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Christopher F. Bator*
CHRISTOPHER F. BATOR
Assistant U. S. Attorney

June 25, 2007