UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10385-MEL

UNITED STATES OF AMERICA

v.

JEROME WEEKES

NOTICE OF APPEAL

Now comes defendant Jerome Weekes and files this notice that he is appealing his conviction and reserves the right to file an amended notice should he object to the Court's sentence.

    Respectfully Submitted,
    JEROME WEEKES,

    By his attorney:

    _____
    J. THOMAS KERNER
    MA BBO # 552373
    Attorney at Law
    343 Commercial St., Unit 104
    Boston, MA  02109
    (617) 720-5509