The Honorable Morris E. Lasker
United States District Court
District of Massachusetts

Dear Morris E. Lasker,

    I am writing this letter in regards to
Jerome Weekes. I am his girlfriend of four years
and the mother of his four month old daughter.
First, I would like to start by letting you know
what a wonderful, smart, caring and giving man
Jerome is. His criminal record and the wrong
choices he has made in the past does not make
his character or the person he is today. As you
probably know, Jerome has a family, girlfriend, and
children who love him dearly and could not bear the
painful feelings of losing him for so long. I stood
by his side and was present at court each day through
his trial. Although it was a stressful time, we all
prayed and hope the truth would set him free.
Due to a very unfair verdict, Jerome will now
face time he does not deserve. I honestly do not
believe the evidence presented is what convicted him.
I believe the jury, which did not include any
African Americans, did not take the time to see
beyond a shadow of a doubt. There were no fingerprints,
witnesses or solid evidence to prove Jerome was in
possesion of the weapon he is charged with. I sincerly
hope you can see these facts and spare the life of
a young man who has done alot to change his
life around. Jerome, his family and I would want

NOTHING MORE OTHER THAN TO SEE HIS CHILDREN GROW UP WITH A FATHER AS HE DID. JEROME HAS BECOME AN OUTSTANDING BUSINESS MAN, FAMILY MAN AND HAS LEARNED FROM HIS MISTAKES. HIS FATHER RECENTLY PASSED AWAY APRIL 14th 2007. BEFORE HE LEFT US, I HAD A LENGTHY CONVERSATION WITH HIM. HE MENTIONED OVER AND OVER THAT HE PRAYS FOR JEROME AND WANTED JUSTICE FOR HIM. HE WAS A LOVING FATHER WHO WAS DEEPLY HURTING FOR WHAT JEROME IS GOING THROUGH RIGHT NOW. I HOPE HE IS WATCHING OVER JEROME AND RECIEVES WHAT HE ASKS FOR — JUSTICE. ALL I CAN DO FROM THIS POINT IS ASK YOU TO HAVE FAITH AND LET JUSTICE REVEAL.

Sincerly,
DEBBIE EDMONDS