June 7 Thursday

Dear Judge Lasker

Hi my name is Jerome Weekes, I am 27 years old. I am writing to you so you can get a better understanding of who I am. I am a defendant that was convicted of being a felon in possession of a firearm. I want to start this letter off by saying sorry for not showing up for sentencing but the reason I didn't show up was because my father was real sick and the stress of me being in jail for a long time would have lead to his death. Plus I was having a baby girl and I was scared. I am not using that as an excuse, just an explanation why I didn't show up and I knew jail wasn't going anywhere. My father died on April 14, 2007 at the age of 53, I couldn't live with being in jail and then my father dies and I didn't get to say my goodbye. I got to say my goodbye to my dad so I am at peace with that. I was real close with my dad and he was a good father, I had to take care of my three little sisters that was living with my father until they got out of school in May. I am not this bad guy that the D.A. portrays me as, I have 2 beautiful daughters 3 years and 4 months that I want to raise and see grow up. I don't deserve

all this time because I didn't have a gun that night. The longest time I ever did in jail at one time was 10 months. I have always particpated in programs to better myself for when I am released, such as Drug programs, abuse prevention, parenting classes and I got my G.E.D. I have never got kicked out of any programs, I have always completed the programs. This case is from Oct 2004. I did everything pretrail wanted me to do. I never drank alcohol or did any drugs while on release, I took release serious because I didn't want to go back to jail. I never had a dirty urine or any violations. I worked and stayed out of trouble and got real close with my daughter while I was on the bracelet. I checked in twice a week and then three times when you ordered me too after trial. So my life has revolved around this case for the last three years. I was hoping there was another option other than jail maybe a drug program, house arrest, camp, half-way house, or 15 years suspended. I am older and I know what I have to do in order to be a law abiding citizen and you can see that by pretrials report on me. All I am asking is that you take what I said and the psi report and treat me fair and give me a lenient or justified sentence.

    Thank you for your Time
    And God Bless You
    Jerome Weekes