```
              UNITED STATES OF AMERICA
                   DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

           CRIMINAL NO. 2004-10385-MEL

              UNITED STATES OF AMERICA

                         v.

                   JEROME WEEKES
```

### AMENDED NOTICE OF APPEAL

Now comes defendant Jerome Weekes and files this notice that he is appealing both his conviction and sentence.

```
                    Respectfully Submitted,
                    JEROME WEEKES,

                    By his attorney:


                    _____
                    J. THOMAS KERNER
                    MA BBO # 552373
                    Attorney at Law
                    343 Commercial St., Unit 104
                    Boston, MA  02109
                    (617) 720-5509
```