# J. THOMAS KERNER
### ATTORNEY AT LAW
UNION WHARF / 343 COMMERCIAL STREET / SUITE 104 / BOSTON, MASSACHUSETTS 02109
PHONE: (617) 720-5509 / FAX: (617) 720-0707

July 19, 2007

Mr. George Howarth
Courtroom Clerk for the Honorable Morris E. Lasker
Senior Judge
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Jerome Weekes CR # 04-10385-MEL

Dear Mr. Howarth:

    Please, at Judge Lasker's convenience, schedule a hearing on Mr. Weekes's motion for release pending appeal.

    Thank you.

                                    Very truly yours,

                                    J. Thomas Kerner

cc:    Christopher Bator, AUSA

JTK:ms