UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA   )
                           )   CRIMINAL NO. 04-10385-MEL
          V.               )
                           )
JEROME WEEKS               )
```

**OPPOSITION TO MOTION TO RELEASE**

The United States opposes the motion of defendant Jerome Weeks' ("Weeks") for release pending appeal.  In support of its motion the United States says the following. Weeks must be detained pending appeal pursuant to 18 U.S.C. § 3143 (b)(2). Weeks previously violated his release conditions and fled to avoid sentencing. He was subsequently arrested outside the District of Massachusetts in possession of two loaded firearms and multiple false identity documents. He was forcibly arrested.

If the Court is considering doing other than denying Weeks' motion, the Government requests a hearing.(The undersigned Assistant U.S. Attorney will be away on vacation from August 4,through August 20,2007).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/CHRISTOPHER F. BATOR
                              Assistant U.S. Attorney

                              Dated: July 31, 2007
```

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon all counsel of record by electronic filing.

```
                              /s/CHRISTOPHER F. BATOR
                              Assistant U.S. Attorney

s                             Dated: July 31, 2007
```