UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10385

United States of America

v.

Jerome Weekes

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-83

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/9/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 3, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __8/3/7__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10385-MEL All Defendants

Case title: USA v. Weeks

Date Filed: 12/22/2004
Date Terminated: 07/12/2007

Assigned to: Senior Judge Morris E. Lasker

**Defendant**

**Jerome Weeks** (1)
*TERMINATED: 07/12/2007*

represented by **J. Thomas Kerner**
343 Commercial Street
Unit 104
Boston, MA 02109
617-720-5509
Fax: 617-720-0707
Email: thomas.kerner@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roger A. Cox**
Cox & Cox
30 Main Street
Ashland, MA 01721
508-231-1460
Fax: 508-231-1405
Email: coxcox@bellatlantic.net
*TERMINATED: 02/08/2005*
*Designation: CJA Appointment*

**Pending Counts**

18:922 (g)(1)-POSSESSION OF A
FIREARM AND AMMUNITION BY

**Disposition**

That the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 180 months.The defendant to be credit with time served. The Court makes a judicial recommendation that the defendant participate in anger management or batterer's cpimse;omg. if available at the designated Bureau of Prisons facility. Upon release form imprisonment, the defendant shall be

A CONVICTED FELON
(1)

placed on supervised release for a term of 3 years. The defendant is to comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is to be imposed. Assessment in the amount of $100.00 shall be due immediately. Defendant informed of his right to appeal. The defendant is remanded to the custody of the United States Marshal.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Christopher F. Bator**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: christopher.bator@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Connolly**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

617-748-3174  
Fax: 617-748-3954  
Email: William.Connolly@usdoj.gov  
*TERMINATED: 11/03/2005*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2004 | 1 | INDICTMENT as to Jerome Weeks (1) count(s) 1. (Diskes, Sheila) (Entered: 12/23/2004) |
| 12/22/2004 |  | Arrest Warrant Issued as to Jerome Weeks. (Diskes, Sheila) (Entered: 12/23/2004) |
| 12/22/2004 | 2 | Judge Morris E. Lasker : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Pretrial as to Jerome Weeks (Diskes, Sheila) (Entered: 12/23/2004) |
| 12/30/2004 | 4 | Writ of Habeas Corpus ad Prosequendum Issued as to Jerome Weeks for 1/6/2005 @ 10:30 AM (Russo, Noreen) (Entered: 12/30/2004) |
| 12/30/2004 |  | Notice of correction to docket made by Court staff. Correction: Document #3 terminated as it was docketed in incorrect case. (Russo, Noreen) (Entered: 12/30/2004) |
| 01/03/2005 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Jerome Weeks for 1/7/2005 @ 10:15 AM. (Russo, Noreen) Additional attachment(s) added on 1/5/2005 (Russo, Noreen). (Entered: 01/05/2005) |
| 01/07/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Appearance as to Jerome Weeks held on 1/7/2005. Tim Feeley for Gov't. Roger Cox with Def't. Pretrial Services. Max Penalties, Charges and Rights read to Def't. Court will allow Def't to contact Attorney Charles Jordan Medford, MA as counsel. Will continue case for that. Gov't will move to continue the Detention Hearing pursuant to U.S. v. King. Court to continue until Friday January 14, 2005 @ 10:45 AM. (Tape # Digital Recording) (Russo, Noreen) (Entered: 01/07/2005) |
| 01/07/2005 | 7 | Magistrate Judge Robert B. Collings : ORDER entered as to Jerome Weeks (Russo, Noreen) (Entered: 01/11/2005) |
| 01/10/2005 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Jerome Weeks for January 14, 2005 @ 10:45 AM (Russo, Noreen) (Entered: 01/11/2005) |
| 01/14/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Hearing as to Jerome Weeks held on 1/14/2005. W. Connolly for Gov't, Roger Cox for Def't (by phone), Pretrial Services. Court finds that Def't is financially unable to afford an attorney and appoints Mr. Cox. Sets Detention hearing / arraignment for 10:00 AM on January 21, 2005. (Tape # Digital Recording.) (Russo, Noreen). (Entered: 01/14/2005) |

| | | |
|---|---|---|
| 01/14/2005 | 10 | Magistrate Judge Robert B. Collings : ORDER entered. CJA 20 as to Jerome Weeks: Appointment of Attorney Roger A. Cox for Jerome Weeks. (Russo, Noreen) (Entered: 01/21/2005) |
| 01/18/2005 | 8 | Writ of Habeas Corpus ad Prosequendum Issued as to Jerome Weeks for 1/21/2005 @ 10:00 AM (Russo, Noreen) (Entered: 01/18/2005) |
| 01/21/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Det.Hrg as to Jerome Weeks (1) Count 1 held on 1/21/2005. W. Connolly for Gov't, R. Cox for Def't, Pretrial Services. Witness One: Shelia O'Hara, ATF Agent. No evidence from Def't. Court indicates there is a presumption and in the absence of any evidence from the Def't Court must detain Def't. Court rules to detain Mr. Weeks in Federal Custody. (Tape # Digital Recording.) (Russo, Noreen). (Entered 01/21/2005) |
| 01/24/2005 | 12 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 U.S.C. s. 3142(e) as to Jerome Weeks. (Russo, Noreen) (Entered: 01/24/2005) |
| 01/25/2005 | | Notice of correction to docket made by Court staff. Correction: #9 terminated docketed in wrong case as to Jerome Weeks (Russo, Noreen) (Entered: 01/25/2005) |
| 02/04/2005 | | Electronic NOTICE OF HEARING as to Jerome Weeks Arraignment set for 2/8/2005 @ 12:15 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 02/04/2005) |
| 02/04/2005 | 13 | Writ of Habeas Corpus ad Prosequendum Issued as to Jerome Weeks for 2/8/2005 @ 12:15 PM (Russo, Noreen) (Entered: 02/07/2005) |
| 02/07/2005 | 15 | MOTION to Withdraw as Attorney by Roger A. Cox. as to Jerome Weeks. (Howarth, George) (Entered: 02/10/2005) |
| 02/08/2005 | | Electronic Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Jerome Weeks (1) Count 1 held on 2/8/2005, Plea entered by Jerome Weeks Not Guilty on counts 1. Initial Status Conf. set for 3/24/05 @ 2:30 PM. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 02/08/2005) |
| 02/08/2005 | 14 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER as to Jerome Weeks. Initial Status Conf. set down for March 24, 2005 @ 2:30 P.M. (Russo, Noreen) (Entered: 02/09/2005) |
| 02/08/2005 | 16 | NOTICE OF ATTORNEY APPEARANCE: J. Thomas Kerner appearing for Jerome Weeks (Stanhope, Don) (Entered: 02/14/2005) |
| 02/14/2005 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 15 Motion to Withdraw as Attorney. as to Jerome Weeks (1) (Russo, Noreen) (Entered: 02/17/2005) |
| 02/16/2005 | 17 | MOTION for Reconsideration of Detention as to Jerome Weeks. (Kerner, |

| | | |
|---|---|---|
| | | J.) (Entered: 02/16/2005) |
| 02/16/2005 | 18 | MEMORANDUM in Support by Jerome Weeks re 17 MOTION for Reconsideration *of Detention* (Attachments: # 1 # 2 Exhibit Employer'. Letter# 3 Exhibit Concord District Court Docket Sheet)(Kerner, J.) (Entered: 02/16/2005) |
| 03/11/2005 | 19 | Judge Robert B. Collings : ORDER entered. PROCEDURAL ORDER RE MOTION FOR RECONSIDERATION OF DETENTION (#17) as Jerome Weeks (Russo, Noreen) (Entered: 03/14/2005) |
| 03/23/2005 | 20 | Letter (non-motion) regarding reconsideration of detention as to Jerome Weeks (Attachments: # 1 Supplement appraisal report)(Kerner, J.) (Entered: 03/23/2005) |
| 03/24/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Status Conference as to Jerome Weeks held on 3/24/2005. J. Lang for Mr. Connolly. J Kerner for Mr. Weeks. Will be a experts, 45 days before trial for Gov't, 21 for Def't. No discovery outstanding by Gov't or Def't, some firearm evidence outstanding by Gov't. Will be a motion to suppress a cellphone. Def't would like to file by April 22, 2005 court agrees to that date. Trial is not known. 5 days fo Trials. Final Status Conf. set for April 29, 2005 @ 2:45 PM. Def't asks about certificate of title and reconsideration motion. Court also asks about outstanding state cases status. Court sets hearing re release for April 5, 2005 @ 3:30 PM. Court indicates the he might want a 3P custodian and that the 3P custodian has to be interviewed by Pretrial. Def't counsel to contact clerk re potential 3P custodian. (Digital Recording.) (Russo, Noreen) (Entered: 03/24/2005) |
| 03/24/2005 | 21 | Judge Robert B. Collings : entered. STATUS REPORT AFTER INITIAL STATUS CONFERENCE as to Jerome Weeks; Any non-discovery motions are to be filed on or before the close of business on Friday April 22, 2005. The Final Status Conference is set for 4/29/2005 02:45 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Simeone, Maria) (Entered: 03/25/2005) |
| 03/25/2005 | 22 | Judge Robert B. Collings : ORDER FOR FINAL STATUS CONFERENCE entered as to Jerome Weeks; If counsel files on or before the close of business on Wednesday, April 27, 2005 a statement to the effect that his or her client will offer a change plea to the charges in the indictment the conference shall be canceled as to that deft. A Final Status Conference set for 4/29/2005 02:45 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Simeone, Maria) (Entered: 03/25/2005) |
| 03/25/2005 | 23 | Magistrate Judge Robert B. Collings : ORDER ON EXCLUDABLE DELAY as to Jerome Weeks Time excluded from 12/22/04-Indictment returned; 1/7/05-1/24/05 Initial appearance/ Govt motion for dtn; 2/6/05-Arraignment; 2/7/05-3/6/05 per LR 112.2; 2/16/-3/11/05 motion #17; 3/24/05-conference held;. Time excluded from 3/24/05 until 4/22/05-per 18;3161(h)(1)(F). (Simeone, Maria) (Entered: 03/28/2005) |

| | | |
|---|---|---|
| 04/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Hearing re release as to Jerome Weeks held on 4/5/2005. W. Connolly for Gov't, Attorney Kerner for Mr. Weeks, Pretrial Services. Court indicates that he is not willing to appoint Mr. Weeks mother as 3 custodian. Def't proposes sister /aunt as alternate 3P custodian. Court asks Pretrial to interview Aunt. Pretrial to send report to Court and Cou will set hearing as needed. (Digital Recording.) (Russo, Noreen) (Entered: 04/05/2005) |
| 04/05/2005 | 24 | Real Property Documents Filed with the Clerk's Office as to Jerome Weeks for property located at 62-64 Otis St. Brockton, Ma. Documents surrendered: Certificate of Title (Russo, Noreen) (Entered: 04/08/2005) |
| 04/12/2005 | 25 | MOTION to Suppress *and memorandum of law* as to Jerome Weeks. (Attachments: # 1 Affidavit in support of motion to suppress)(Kerner, J (Entered: 04/12/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Jerome Weeks held on 4/29/200 Paul Moore for Gov't for W. Connolly. J. Kerner for Def't. No relief fro 116 requirements, Gov't would like an additional 3 weeks to answer the Motion to Suppress. Court allows until cob May 17, 2005 for response t Motion to Suppress. Court to send case to District Court Judge with recommendation of Pre Trial hearing set after May 17, 2005. Court also brings up issue of Def'ts release from custody. Defense counsel indicate that a new 3P custodian has been located and court sets hearing for May 5, 2005 @ 4:15 P.M. re possible release. (Digital Recording.) (Russo, Noreen). (Entered: 05/03/2005) |
| 04/29/2005 | 30 | JOINT MEMORANDUM of the parties re initial status conference by Jerome Weeks (Johnson, Jay) (Entered: 05/06/2005) |
| 05/03/2005 | 28 | Writ of Habeas Corpus ad Prosequendum Issued as to Jerome Weeks for 5/5/2005 @ 4:15 P.M. (Russo, Noreen) Additional attachment(s) added on 5/5/2005 (Russo, Noreen). (Entered: 05/05/2005) |
| 05/04/2005 | 26 | Judge Robert B. Collings : Electronic ORDER entered. FURTHER ORDER OF EXCLUDABLE DELAY as to Jerome Weeks. Time excluded from 4/29/2005 until 4/29/2005. Thus, as of April 28, 2005, TWENTY-FOUR (24) non-excludable days have occurred leaving FORTY-SIX (46) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 05/04/2005) |
| 05/04/2005 | 27 | Judge Robert B. Collings : ORDER entered. ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) as to Jerome Weeks. (Russo, Noreen) (Entered: 05/04/2005) |
| 05/04/2005 | | Case as to Jerome Weeks no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/04/2005) |
| 05/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. |

| | | |
|---|---|---|
| | | Collings :Release Hearing as to Jerome Weeks held on 5/5/2005. W. Connolly for Gov't, Attorney Kerner for Def't. Potential 3P Custodian takes stand. Def't direct. Gov't cross. Court questions witness. Court w take matter under advisement. (Digital Recording.) (Russo, Noreen) (Entered: 05/05/2005) |
| 05/06/2005 | 29 | Judge Robert B. Collings : ORDER entered. ORDER ON MOTION FOR RECONSIDERATION OF DETENTION (#17) AND ORDER SETTING CONDITIONS OF RELEASEas to Jerome Weeks (1) (Russo, Noreen) (Entered: 05/06/2005) |
| 05/06/2005 | 31 | Arrest Warrant Returned Executed on 01/07/05. as to Jerome Weeks. (Howarth, George) (Entered: 05/10/2005) |
| 05/11/2005 | | Electronic NOTICE OF HEARING as to Jerome WeeksHearing re 29 s for 5/18/2005 @ 3:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/11/2005) |
| 05/17/2005 | 32 | MEMORANDUM in Opposition by USA as to Jerome Weeks re 25 MOTION to Suppress *and memorandum of law* (Connolly, William) (Entered: 05/17/2005) |
| 05/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Hearing re Release as to Jerome Weeks held on 5/18/2005. AUSA Hasib (for Wm. Connolly) for Gov't, Tom Kerner for Def't, Pretrial Services. Court informs Def't of the Conditions of his Release and consquences of failure to comply, Def't indicates he understands. Court inquires of 3P Custodian Mary Francis O'Garro, who indicates she understands her 3P Custodian obligations to the Court and is willing to act as 3P Custodian. Court orders Def't released. (Digital Recording.) (Russo, Noreen) (Entered: 05/18/2005) |
| 05/18/2005 | 33 | Appearance Bond Entered as to Jerome Weeks in amount of $ 15,000.00 (Russo, Noreen) (Entered: 05/18/2005) |
| 05/18/2005 | 34 | Judge Robert B. Collings : ORDER entered. ORDER Setting Conditions of Release as to Jerome Weeks (1) 15,000.00 (Russo, Noreen) (Entered: 05/18/2005) |
| 05/18/2005 | 35 | Real Property Documents Filed with the Clerk's Office as to Jerome Weeks for property located at 62-64 Otis Street, Brockton, MA,. Documents surrendered: Mtg, Escrow Agreement, Subordination of Homestead, previously filed, Certificate of Title. (Attachments: # 1 # 2 # 3)(Russo, Noreen). (Entered: 05/18/2005) |
| 05/23/2005 | 36 | Letter (non-motion) regarding Recording mortgage and subordination as to Jerome Weeks *with attached receipt from Plymouth Counth Registry of Deeds* (Kerner, J.) (Entered: 05/23/2005) |
| 05/23/2005 | 37 | Letter (non-motion) regarding defense counsel's schedule as to Jerome Weeks (Kerner, J.) (Entered: 05/23/2005) |
| 06/17/2005 | 38 | First MOTION to Modify Conditions of Release *to permit defendant to accompany defense counsel to Brockton* as to Jerome Weeks. (Kerner, J.) |

| | | |
|---|---|---|
| | | (Entered: 06/17/2005) |
| 06/21/2005 | 🔍 | Judge Morris E. Lasker : ORDER entered granting 38 Motion to Modi Conditions of Release as to Jerome Weeks (1) (Howarth, George) (Entered: 06/22/2005) |
| 09/16/2005 | 🔍 39 | MOTION to Amend *conditions of release* as to Jerome Weeks. (Kerner, J.) (Entered: 09/16/2005) |
| 10/05/2005 | 🔍 | Judge Morris E. Lasker : ElectronicORDER entered granting on conser of Pre-Trial Services 39 Motion to Amend Conditions of Release as to Jerome Weeks (1) (Howarth, George) (Entered: 10/05/2005) |
| 10/28/2005 | 🔍 | NOTICE OF HEARING ON MOTION as to Jerome Weeks on the Motion to Suppress Motion Hearing set for 11/14/2005 09:30 AM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 10/28/2005) |
| 11/03/2005 | 🔍 | Attorney update in case as to Jerome Weeks. Attorney Christopher F. Bator for USA added. Attorney William H. Connolly terminated. (Howarth, George) (Entered: 11/03/2005) |
| 11/07/2005 | 🔍 | NOTICE OF RESCHEDULING Motion Hearing as to Jerome Weeks. The Motion Hearing is being rescheuled. The Court has set a Status Conference for 11/14/2005 02:00 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 11/07/2005) |
| 11/14/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Status Conference as to Jerome Weeks held on 11/14/2005. Court confers with counsel regarding setting a date for supressing hearing.Counsel agree on Nov.29, 2005 at 9:00 a.m. (Court Reporter none.) (Howarth, George) (Entered: 11/14/2005) |
| 11/14/2005 | 🔍 | NOTICE OF HEARING ON MOTION to Suppress as to Jerome Weeks Motion Hearing set for 11/29/2005 09:00 AM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 11/14/2005) |
| 11/29/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Evidentiary Hearing regarding motion to suppress as to Jerome Weeks held on 11/29/2005 Gov't's evidence; Witness #1,Witness #2, Witness #3, Witness #4, Witness #5, Gov't rest;deft rest; Defendant to file brief by December 13, 2005 and Gov't to file reply by December 20, 2005. Motion taken under advisement. (Court Reporter Susan Cataldo.) (Howarth, George) (Entered: 11/29/2005) |
| 12/08/2005 | 🔍 40 | MEMORANDUM in Support by Jerome Weeks re 25 MOTION to Suppress *and memorandum of law filed post hearing* (Kerner, J.) (Entered: 12/08/2005) |
| 12/20/2005 | 🔍 41 | Assented to MOTION to Modify Conditions of Release as to Jerome Weeks. (Kerner, J.) (Entered: 12/20/2005) |
| 12/21/2005 | 🔍 | Judge Morris E. Lasker : Electronic ORDER entered granting 41 Motion to Modify Conditions of Release as to Jerome Weeks (1) (Howarth, |

| | | |
|---|---|---|
| | | George) (Entered: 12/21/2005) |
| 12/27/2005 | 42 | Second MEMORANDUM in Opposition by USA as to Jerome Weeks 25 MOTION to Suppress *and memorandum of law* (Bator, Christopher) (Entered: 12/27/2005) |
| 01/30/2006 | 43 | Judge Morris E. Lasker : ORDER entered denying 25 Motion to Suppress as to Jerome Weeks (1).For Full Text see Docket No. 43 (Howarth, George) (Entered: 01/30/2006) |
| 03/17/2006 | 44 | Letter (non-motion) regarding request for final PTC as to Jerome Weeks (Kerner, J.) Additional attachment(s) added on 3/21/2006 (Abaid, Kim) (Entered: 03/17/2006) |
| 03/20/2006 | | NOTICE OF HEARING as to Jerome Weeks Pretrial Conference set for 3/29/2006 10:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 03/20/2006) |
| 03/21/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 44 corrected because: Rotated document so that it was upright as Jerome Weeks (Abaid, Kim) (Entered: 03/21/2006) |
| 03/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Pretrial Conference as to Jerome Weeks held on 3/29/2006.Gov't's counsel request a continuance for a week, no opposition. Court set the Pretrial Conference for 4/5/2006 08:45 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Court Reporter Valerie O'Hra.) (Howarth, George) Modified on 3/30/2006 (Howarth, George). (Entered: 03/29/2006) |
| 04/05/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Pretrial Conference as to Jerome Weeks held on 4/5/2006 Jury Trial set for 6/12/2006 09:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. Deft's counsel to file motion for view.(Court Reporter Valerie O'Hara.) (Howarth, George) (Entered: 04/05/2006) |
| 04/05/2006 | 45 | Judge Morris E. Lasker : ORDER entered. PRETRIAL ORDER as to Jerome Weeks Time excluded from 04/05/06 until 06/12/06. Exhibit List due by 6/5/2006. Expert Witness List due by 6/5/2006. Jury Trial set for 6/12/2006 09:00 AM before Senior Judge Morris E. Lasker.(For Full Text see Docket No. 45). (Howarth, George) Modified on 4/5/2006 (Howarth, George). (Entered: 04/05/2006) |
| 04/13/2006 | 46 | MOTION for Order *for jury to take view* as to Jerome Weeks. (Kerner, J.) (Entered: 04/13/2006) |
| 04/27/2006 | 47 | Opposition by USA as to Jerome Weeks re 46 MOTION for Order *for jury to take view* (Bator, Christopher) (Entered: 04/27/2006) |
| 05/01/2006 | | NOTICE OF HEARING as to Jerome Weeks Status Conference set for 5/4/2006 02:45 PM in Courtroom 8 before Senior Judge Morris E. Lasker.(The entry was made in error, should not be in this case) (Howarth, George) Modified on 5/1/2006 (Howarth, George). (Entered: 05/01/2006) |

| | | |
|---|---|---|
| 05/01/2006 | | Notice of correction to docket made by Court staff. Correction: Notice Status Conference corrected because: This notice was docketed in the wrong case as to Jerome Weeks (Howarth, George) (Entered: 05/01/2006) |
| 05/01/2006 | | NOTICE OF HEARING ON MOTION as to Jerome Weeks 46 MOTION for Order *for jury to take view*: Motion Hearing set for 5/11/2006 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 05/01/2006) |
| 05/16/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting on consent 46 Motion for Order as to Jerome Weeks (1) (Howarth, George) (Entered: 05/16/2006) |
| 05/30/2006 | | ELECTRONIC NOTICE OF RESCHEDULING the Criminal Trial as to Jerome Weeks. The Criminal Jury Trial is now set for 9/18/2006 09:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 05/30/2006) |
| 06/23/2006 | 48 | Fourth MOTION to Amend *conditions of release* as to Jerome Weeks. (Kerner, J.) (Entered: 06/23/2006) |
| 07/20/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting on consent 48 Motion to Amend Conditions of Release as to Jerome Weeks (1) (Howarth, George) (Entered: 07/20/2006) |
| 09/08/2006 | | ELECTRONIC NOTICE OF HEARING as to Jerome Weeks Final Pretrial Conference set for 9/14/2006 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 09/08/2006 |
| 09/08/2006 | 49 | First MOTION in Limine as to Jerome Weeks. (Kerner, J.) (Entered: 09/08/2006) |
| 09/11/2006 | 50 | EXHIBIT/WITNESS LIST by USA as to Jerome Weeks (Bator, Christopher) (Entered: 09/11/2006) |
| 09/14/2006 | 51 | Opposition by USA as to Jerome Weeks re 49 First MOTION in Limine (Bator, Christopher) (Entered: 09/14/2006) |
| 09/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Final Pretrial Conference as to Jerome Weeks held on 9/14/2006. Court informs cousel that it will be sitting full days.Court does not rule on the motion in limine at this time.View to be taken on Tuesday, September 19, 2006.Counsel informs the Court that the case should take 3 days. (Court Reporter Marcia G. Patrisso.) (Howarth, George) (Entered: 09/15/2006) |
| 09/15/2006 | 52 | Proposed Voir Dire by USA as to Jerome Weeks (Bator, Christopher) (Entered: 09/15/2006) |
| 09/15/2006 | 53 | Proposed Jury Instructions by USA as to Jerome Weeks (Bator, Christopher) (Entered: 09/15/2006) |
| 09/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. |

| | | |
|---|---|---|
| | | Lasker :Jury Trial as to Jerome Weeks held on 9/18/2006. Voir Dire held on 9/18/2006 as to Jerome Weeks. Opening Statements; Gov't's evidence; witness #1,#2; Court is in recess till September 19, 2006 at 9:00 a.m. (Court Reporter Marcia G. Patrisso.) (Howarth, George) (Entered: 09/20/2006) |
| 09/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Criminal Jury Trial Day # 2 as to Jerome Weeks held on 9/19/2006.Court with the jury go on veiw of Joe Angol's Cafe and parking lots.After return from the veiw Gov't's evidence continues; witness #3;#4;#5;#6;#7; Gov't reads into stipulations #1 and #2 read into the record; Gov't rests; Jury dismissed till September 20, 2006 at 9:00 a.m.; Court hears from defendant's counsel motion to dismiss and for a mistrial.arguments,motions denied in open court.Court has charging conference with counsel. Court in recess till 9:00 a.m. on September 20, 2006. (Court Reporter Marcia G. Patrisso.) (Howarth, George) (Entered 09/20/2006) |
| 09/20/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Criminal Jury Trial Day #3 as to Jerome Weeks held on 9/20/2006 Defendant's evidence; witness #1; Gov't's rebuttal; witness #1 Gov't Rest;Deft Rest; Defendant renews his motion for acquittal. out of present of jurors; motion denied. Closing arguments; Jury charged. Jury goes to deliberate and to lunch at 1:30 p.m.jury dismissed for the day at 3:15 p.m. Jury foreperson has question for the court and gives it to the clerk on the way out.Court in recess till 9:00 a.m. on September 212, 2006. (Court Reporter Marcia G. Patrisso.) (Howarth, George) (Entered: 09/21/2006) |
| 09/21/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Jury Trial Day #4 as to Jerome Weeks held on 9/21/2006. Counference with counsel regarding Jury note received on September 20, 2006. Jury brought in and question answered.Jury sent back to deliberate at 9:30 a.m.Jury has question at 10:15 a.m.Court notifies jurors that the court will get the testimony they require,but it will take a while. The instructes counsel to confer with the courtreporter to get the testimony that the jury needs.Jury brought in and the Court reads to the jury the testimony that they requested.Jury sent back to deliberate at 11:00 a.m.Jury has question at 12:30 p.m..Jury brought in and question answered. Jury returns to beliberate at 12:50 p.m. Jury has question at 1:25 p.m.jury brought in and question answered.Jury returns to deliberate at 1:50 p.m.Jury informs the Court at 2:35 p.m. that they have a verdict. Jury brought in and presents the verdict form to the court. Jury finds the defendant guilty. Jury dismissed. Defendant's counsel makes a motion for acquital after jury verdict-motion denied. Exhibits returned to counsel. Defendant remains on release.Sentencing is set for December 13, 2006 at 2:15 p.m. (Court Reporter Marcia C. Patrisso.) (Howarth, George) (Entered: 09/22/2006) |
| 09/21/2006 | 54 | JURY VERDICT as to Jerome Weeks (1) Guilty on Count 1. (Howarth, George) (Entered: 09/22/2006) |

| | | |
|---|---|---|
| 09/22/2006 | 55 | Judge Morris E. Lasker : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Jerome Weeks Sentencing set for 12/13/2006 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 09/22/2006) |
| 09/28/2006 | 56 | MOTION for Acquittal as to Jerome Weeks. (Attachments: # 1 Exhibit Brown photos)(Kerner, J.) (Entered: 09/28/2006) |
| 10/26/2006 | 57 | MOTION for Extension of Time to November 3, 2006 to File as to Jerome Weeksby USA. (Bator, Christopher) (Entered: 10/26/2006) |
| 10/31/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 57 Motion for Extension of Time as to Jerome Weeks (1) Responses due by 11/3/2006 (Howarth, George) (Entered: 11/01/2006) |
| 11/03/2006 | 58 | Opposition by USA as to Jerome Weeks re 56 MOTION for Acquittal (Bator, Christopher) (Entered: 11/03/2006) |
| 11/03/2006 | 59 | REPLY TO RESPONSE to Motion by Jerome Weeks re 56 MOTION f Acquittal (Kerner, J.) (Entered: 11/03/2006) |
| 11/03/2006 | 60 | Amended REPLY TO RESPONSE to Motion by Jerome Weeks re 56 MOTION for Acquittal *(initial reply [Doc 59] not signed)* (Kerner, J.) (Entered: 11/03/2006) |
| 11/07/2006 | | Judge Morris E. Lasker : Electronic ORDER entered denying 56 Motion for Reconsideraton of Acquittal as to Jerome Weeks (1) (Howarth, George) (Entered: 11/07/2006) |
| 11/21/2006 | | ELECTRONIC NOTICE OF RESCHEDULING The Sentencing as to Jerome Weeks.The Sentencing is still set for 12/13/06 but the time has changed. Sentencing is now set for 12/13/2006 02:00 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 11/21/2006) |
| 12/06/2006 | 61 | First MOTION to Continue *Sentencing* to January 2007 to Sentencing as to Jerome Weeks. (Kerner, J.) (Entered: 12/06/2006) |
| 12/11/2006 | | ELECTRONIC NOTICE OF RESCHEDULING the Sentencing set for December 13,2006 as to Jerome Weeks. The Sentencing is now set for 1/16/2007 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 12/11/2006) |
| 12/11/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 61 Motion to Continue as to Jerome Weeks (1) Sentencing set for 1/16/2007 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 12/11/2006) |
| 12/14/2006 | | ELECTRONIC NOTICE OF RESCHEDULING the Sentencing set for January 16, 2007 at 2:15 p.m as to Jerome Weeks. The Sentencing is now set for 1/16/2007 02:30 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 12/14/2006) |
| 01/04/2007 | 62 | SENTENCING MEMORANDUM by Jerome Weeks (Kerner, J.) |

| | | |
|---|---|---|
| | | (Entered: 01/04/2007) |
| 01/04/2007 | 63 | *Defendant's father's* Letter (non-motion) regarding sentencing as to Jerome Weeks (Kerner, J.) (Entered: 01/04/2007) |
| 01/11/2007 | | ELECTRONIC NOTICE OF RESCHEDULING Senteneing set for January 16, 2007 as to Jerome Weeks. The Sentencing is now set for 1/31/2007 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 01/11/2007) |
| 01/29/2007 | 64 | SENTENCING MEMORANDUM by Jerome Weeks (Kerner, J.) (Entered: 01/29/2007) |
| 01/31/2007 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Hearing as to Jerome Weeks held on 1/31/2007.Hearing regarding Memorandum of Sentencing held. Defendant does not show. Court Orders Arrest Warrent to be issued. Court hears from counsel on sentencing. Counsel to file in writing their views expressed in Court.Court continues hearing until February 8, 2007 at 11:00 a.m. (Court Reporter Niles Fowlkes.) (Howarth, George) (Entered: 02/01/2007) |
| 01/31/2007 | 65 | Arrest Warrant Issued by Morris E. Lasker as to Jerome Weeks. (Howarth, George) (Entered: 02/01/2007) |
| 01/31/2007 | 66 | Judge Morris E. Lasker : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Detention Hearing as to Jerome Weeks (Howarth, George) (Entered: 02/01/2007) |
| 02/02/2007 | 67 | SENTENCING MEMORANDUM by USA as to Jerome Weeks (Attachments: # 1)(Bator, Christopher) (Entered: 02/02/2007) |
| 02/06/2007 | 68 | MOTION cancel February 8 hearing as to Jerome Weeks. (Kerner, J.) (Entered: 02/06/2007) |
| 02/07/2007 | | NOTICE of Cancellation of Sentencing Hearing set for February 8, 2007 regarding Jerome Weeks (Howarth, George) Modified on 2/7/2007 (Howarth, George). (Entered: 02/07/2007) |
| 02/07/2007 | | Judge Morris E. Lasker : Electronic ORDER entered granting 68 Motion CANCELLING THE SENTENCING HEARING as to Jerome Weeks (1) (Howarth, George) (Entered: 02/07/2007) |
| 03/30/2007 | 69 | NOTICE of Mortgage foreclosure sale for property located at 62-64 Otis Street, Brockton, Ma. by Jerome Weeks (Diskes, Sheila) Modified on 4/4/2007 (Abaid, Kim). (Entered: 04/02/2007) |
| 04/27/2007 | 70 | Arrest Warrant Returned Executed on 04/26/07. as to Jerome Weeks. (Howarth, George) (Entered: 04/30/2007) |
| 05/23/2007 | | ELECTRONIC NOTICE OF HEARING as to Jerome Weeks: Initial Appearance on Bail Revocation Proceedings set for 5/24/2007 @ 03:30 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/23/2007) |

| | | |
|---|---|---|
| 05/24/2007 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings:Initial Appearance re Revocation of Bail as to Jerome Weeks held on 5/24/2007. C. Bator for Gov't; J. Kerner with Def't. Tom O'Brien, P.T.S.O. Court notes that the def't had a detention hearing in the Northern District of Georgia. As to representation, Mr. Kerner notes he will represent him on this case but def't filled out a financial affidavit as to any other prosecution. Gov't notes they are unsure about what further charges may be filed. Court notes that it may institue contempt charges but does not want to be duplicative. Gov't to file report by cob 6/25/07 as to its intention. As to the bail that was put up, Gov't is attempting to determine if there is something to go after with equity. Court will declare forfiture of bail. Def't remanded to the custody of the US Marshal. (Digital Recording: 11:56:53-12:07:59)(Russo, Noreen) (Entered: 05/24/2007) |
| 05/24/2007 | 71 | Magistrate Judge Robert B. Collings : ORDER entered. DECLARATION OF FORFEITURE OF BAIL as to Jerome Weeks (Russo, Noreen) (Entered: 05/24/2007) |
| 05/24/2007 | | Case as to Jerome Weeks no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/24/2007) |
| 05/31/2007 | | ELECTRONIC NOTICE OF HEARING as to Jerome Weeks Sentencing set for 6/14/2007 02:00 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 05/31/2007) |
| 06/11/2007 | 72 | Assented to MOTION to Continue to June 20, 2007 to Sentencing as to Jerome Weeksby USA. (Bator, Christopher) (Entered: 06/11/2007) |
| 06/12/2007 | | Judge Morris E. Lasker : Electronic ORDER entered granting 72 Motion to Continue as to Jerome Weeks (1)Sentencing set for 6/20/2007 02:30 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 06/12/2007) |
| 06/20/2007 | | ELECTRONIC NOTICE OF RESCHEDULING Sentencing as to Jerome Weeks Sentencing set for 7/11/2007 11:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 06/20/2007 |
| 06/25/2007 | 73 | NOTICE *TO COURT* by USA as to Jerome Weeks (Bator, Christopher) (Entered: 06/25/2007) |
| 06/27/2007 | | Judge Morris E. Lasker : ElectronicORDER entered.Granting as to Jerome Weeks re 73 Notice of the time government to file additional charges up and including July 23, 3007 filed by USA (Howarth, George) (Entered: 06/28/2007) |
| 07/09/2007 | 74 | NOTICE OF APPEAL by Jerome Weeks NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/30/2007. (Kerner, J.) (Entered: 07/09/2007) |

| | | |
|---|---|---|
| 07/09/2007 | 75 | MOTION for Release from Custody *pending appeal* as to Jerome Weeks. (Attachments: # 1 Affidavit Affidavit by)(Kerner, J.) (Entered: 07/09/2007) |
| 07/09/2007 | 76 | SENTENCING MEMORANDUM by Jerome Weeks (Kerner, J.) (Entered: 07/09/2007) |
| 07/09/2007 | 77 | *Debbie Edmonds* Letter (non-motion) regarding sentencing as to Jerome Weeks (Kerner, J.) (Entered: 07/09/2007) |
| 07/09/2007 | 78 | *Defendant's* Letter (non-motion) regarding sentencing as to Jerome Weeks (Kerner, J.) (Entered: 07/09/2007) |
| 07/11/2007 | | Electronic Clerk's Notes for proceedings held before Judge Morris E. Lasker :Sentencing held on 7/11/2007 for Jerome Weeks (1), Count(s) That the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 180 months.The defendant to be credit with time served. The Court makes a judicial recommendation that the defendant participate in anger management or batterer's counseling, available at the designated Bureau of Prisons facility.Upon release form imprisonment, the defendant shall be placed on supervised release for a term of 3 years. The defendant is to comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is to be imposed. Assessment in the amount of $100.00 shall be due immediately. Defendant informed of his right to appeal. The defendant is remanded to the custody of the United States Marshal.. (Court Reporter Marcia Patrisso.)(Howarth, George) (Entered: 07/11/2007) |
| 07/12/2007 | 79 | Judge Morris E. Lasker : ORDER entered. JUDGMENT as to Jerome Weeks (1), Count(s) 1, That the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 180 months.The defendant to be credit with time served. The Court makes a judicial recommendation that the defendant participate in anger management or batterer's cpimse;omg. if available at the designated Bureau of Prisons facility. Upon release form imprisonment, the defendant shall be placed on supervised release for a term of 3 years. The defendant is to comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is to be imposed. Assessment in the amount of $100.00 shall be due immediately. Defendant informed of his right to appeal. The defendant is remanded to the custody of the United States Marshal. (Howarth, George) (Entered: 07/13/2007) |
| 07/18/2007 | 81 | *Amended* NOTICE OF APPEAL by Jerome Weeks NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/7/2007. (Kerner, J.) (Entered: 07/18/2007) |
| 07/19/2007 | 82 | Letter (non-motion) regarding Motion for release pending appeal as to |

| | | |
|---|---|---|
| | | Jerome Weeks (Kerner, J.) (Entered: 07/19/2007) |
| 07/31/2007 | 83 | Opposition by USA as to Jerome Weeks re 75 MOTION for Release from Custody *pending appeal* (Bator, Christopher) (Entered: 07/31/2007) |
| 08/01/2007 | | Judge Morris E. Lasker : ElectronicORDER entered. Motion denied no hearing necessary or appropriate. as to Jerome Weeks re 75 MOTION Release from Custody *pending appeal* filed by Jerome Weeks (Howard, George) (Entered: 08/02/2007) |