```
           UNITED STATES OF AMERICA
                DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

          CRIMINAL NO. 2004-10385-MEL

           UNITED STATES OF AMERICA

                      v.

                 JEROME WEEKES
```

## MOTION FOR NEW TRIAL AND RE-SENTENCING

Now comes the defendant and pursuant to F.R.Crim.P 33(a) and (b)(1) and 28 U.S.C. § 2255, moves this Honorable Court to re-sentence the defendant and consider the defendant's newly discovered evidence and rule that the interest of justice requires the court to vacate the judgment of guilty and grant the defendant a new trial.

**Respectfully Submitted,**
**JEROME WEEKES,**

**By his attorney:**

_____
**J. THOMAS KERNER**
**MA BBO # 552373**
**Attorney at Law**
**343 Commercial St. Unit 104**
**Boston, MA  02109**
**(617) 720-5509**

# United States Court of Appeals
## For the First Circuit

---

No. 07-2209

UNITED STATES,

Appellee,

v.

JEROME WEEKES,

Defendant, Appellant.

---

ORDER OF COURT

Entered: February 20, 2008

The motion to stay appellate proceedings and remand the case to the district court is denied without prejudice to defendant's following the procedure specified in <u>United States v. Graciani</u>, 61 F.3d 70, 77 (1st Cir. 1995). A remand is not a precondition to the filing of a motion for new trial.

By the Court:

Richard Cushing Donovan, Clerk.

By: **MARGARET CARTER**
_____
Chief Deputy Clerk.

[cc: J.T. Kerner, Esq., Christopher F. Bator, AUSA, Dina M. Chaitowitz, AUSA]