UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10385-MEL

UNITED STATES OF AMERICA

v.

JEROME WEEKES

## RULE 7.1 CERTIFICATION AND REQUEST FOR HEARING ON MOTION FOR NEW TRIAL AND RE-SENTENCING

**Rule 7.1(A)(2) Certification.**

Now comes the defendant's attorney and pursuant to Local rule 7.1 certifies that defense counsel has conferred with the prosecutor and the United States opposes the defendant's motion for a new trial and re-sentencing.

**Request for Oral Argument.**

Additionally, the defendant believes that oral argument may assist the court and wishes to be heard. Accordingly, pursuant to Local Rule 7.1(D), the defendant requests oral argument on the motion.

Respectfully Submitted,
JEROME WEEKES,

By his attorney:

_____
J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
343 Commercial St. Unit 104
Boston, MA  02109
(617) 720-5509