UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )   No. 04-CR-10385-MEL
                              )
JEROME WEEKES                 )
                              )
                              )


**ASSENTED-TO MOTION TO EXTEND TIME BY FIVE BUSINESS DAYS**

The United States of America, with the assent of the defendant, moves to extend the time by which it must respond to defendant Jerome Weekes' ("Weekes") Motion for New Trial and Re-Sentencing from April 18,2008 until April 25,2008.In support of its motion, the government states the following.


1. The additional time requested is necessary for the government to adequately respond to the motion. (The undersigned Assistant U.S. Attorney was sick and out of the office for much of last week and this week was engaged in, among other things, preparation for, and a two day hearing of, a motion to suppress in U.S. v Paul Marda, Cr. No. 04-10278-RGS.

    2. The defendant assents to the motion.

    3. The requested extention is only for five business days.

    4. The additional time requested will not prejudice the defendant. Weekes is currently serving a fifteen-year sentence of

incarceration. (Even assuming, for the sake of argument, that his new trial motion were granted, Weekes would almost certainly be held pending trial given that he failed to appear for sentencing, violated his conditions of release, was in hiding for several months, and was apprehended in unlawful possession of firearms and false identity documents. Weekes also faces potential charges for bail jumping and for weapons possession and violations in the District of Georgia where he was apprehended).

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:  /s/Christopher F. Bator
     Christopher F. Bator
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic filing upon all counsel of record.

          /s/Christopher F. Bator
          Christopher F. Bator
          Assistant U.S. Attorney
          Date: April 18, 2008