```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   No. 04-CR-10385-MEL
                            )
JEROME WEEKES               )
                            )
```

**ASSENTED-TO MOTION TO EXTEND TIME**

The United States of America, with the assent of the defendant, moves to extend the time by which it must respond to defendant Jerome Weekes' ("Weekes") Motion For Reconsideration until July 16, 2008. In support of its motion, the government states that: the additional time requested is necessary for the government to adequately respond to the motion; the requested extension is only for five business days; and the defendant assents to the motion.

```
                        Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By: /s/Christopher F. Bator
                        Christopher F. Bator
                        Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic filing upon all counsel of record.

```
                            /s/Christopher F. Bator
                            Christopher F. Bator
                            Assistant U.S. Attorney
                            Date: July 9, 2008
```

Case 1:04-cr-10385-MEL     Document 103     Filed 07/09/2008     Page 2 of 2